DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KORI OUNJIAN,**
Appellant,

v.

**CALUSA VETERINARY CENTER, INC.,** and
**ANIMAL HOSPITAL OF BOCA RATON, INC.,**
Appellees.

No. 4D21-246

[May 20, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case Nos. 502020AP000041CAXXMB and 502017CC002252XXXXMB.

Jennifer Johnson, Boca Raton, for appellant.

Samantha L. Marion of Sellars, Marion & Bachi, P.A., West Palm Beach, for appellee Calusa Veterinary Center, Inc.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***